MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Defendants
JOHN E. PORTER AND JACK MCDONALD
DBA BENBOW INN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| John Hopkins, | ) CASE NO. C-06-0396 PJH |
|---|---|
| Plaintiff | ) **STIPULATION AND ~~PROPOSED~~** |
| vs. | ) **ORDER FOR DISMISSAL** |
| John E. Porter and Jack McDonald dba Benbow Inn, a General Partnership, and Benbow Valley Investments, an unknown entity, and Does One to Fifty, inclusive, | ) |
| Defendants. | ) |

### Introduction

The parties have settled this case and a settlement agreement including a release of claims has been executed. Because the settlement agreement contains confidential terms, a copy is not attached hereto but can be made available for the court's review upon request.

//
//
//
//
//
//
//

## Stipulation for Dismissal

The parties, by and through their attorneys of record, hereby stipulate to the dismissal of this case with prejudice.

Dated: 7/25/06

Jason K. Singleton
Attorney for Plaintiff JOHN HOPKINS

Dated: 7/24/06

MARCIE S. ISOM
Attorneys For Defendants
JOHN E. PORTER AND JACK
MCDONALD DBA BENBOW INN

**IT IS SO ORDERED.**

DATED: August 4, 2006



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111